# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARK A. MCCONNAUGHY, | Case No. 3:21-cv-141 |
| Plaintiff, | |
| vs. | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| JEANETTA, | |
| Defendant. | |

## ORDER

This matter is presently before the Court upon Plaintiff's Motion for Disclosure of Defendant's Full Name (Doc. #4). Plaintiff seeks a Court order requiring CareSource of Dayton, Ohio to divulge the full name of Defendant Jeanetta, an employee of CareSource. CareSource is not a party and has not been served with any process. Accordingly, this Court lacks authority to issue the requested order.

Accordingly, Plaintiff's Motion for Disclosure of Defendant's Full Name (Doc. #4) is DENIED.

June 29, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge