UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK A. MCCONNAUGHY,

      Plaintiff,                                      Case No.: 3:21-cv-141

v.

JEANETTA,                                        District Judge Michael J. Newman
                                                    Magistrate Judge Peter B. Silvain, Jr.

      Defendant.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL (DOC. NO. 10); (2) DISMISSING THIS CASE WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This case is presently before the Court upon Plaintiff's motion for voluntary dismissal of this case. Doc. No. 10. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court may dismiss an action at the Plaintiff's request.  For good cause shown, the Court **GRANTS** Plaintiff's motion requesting dismissal of the case. The case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Date:  August 31, 2021                            s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                              United States District Judge